In the Matter of the Accounting of Martin J. Keogh and United States Trust Company of New York, as Trustees under the Last Will and Testament of David Jones, Deceased, Respondents.    Title Guarantee and Trust Company, as Committee, etc., of Chandler D. Starr, an Incompetent Person, and Said Incompetent Person, by His Said Committee, and Walter D. Starr, Individually and as Administrator, etc., of Mary C. D. Starr, Deceased, Appellants; Julia D. Haviland and Others, Respondents.— Decree of the Surrogate's Court of Westchester county affirmed, with taxable costs to all parties payable out of the estate, on the authority of *Matter of Keogh, ante,* p. 285 (decided herewith).   Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Franklin B. Lord, Jr., and Others, as Executors, etc., of Franklin B. Lord, Deceased, Appellants, v. The Equitable Life Assurance Society of the United States, Respondent, Impleaded with Alfonso de Navarro and Others.— Interlocutory judgment affirmed, with costs, on the authority of *Lord* v. *Equitable Life Assurance Society* (109 App. Div. 252).   Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Santa Poletto and Cæsar Poletto, etc., Appellants, v. George F. Driscoll, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiffs made out a *prima facie* case.   Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Edward Simon, Appellant.— Judgment of the Court of Special Sessions affirmed.   No opinion.   Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Giuseppe B. Rini, Appellant, v. Enrico V. Pescia, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Bernard Rosenzweig, Respondent, v. Max Manes, Appellant.— Judgment of the Municipal Court affirmed, with costs.   No opinion.   Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Margaret A. West, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is clearly against the weight of evidence.   Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Howard P. Wheeler, Respondent, v. S. Osgood Pell & Company, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

## THIRD DEPARTMENT, MAY, 1908.

Emma Boice, Respondent, v. The Village of Valatie, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.

Charles D. Beckwith and Clarence A. Beckwith, Composing the Firm of Beckwith Brothers, Respondents, v. D. D. Streeter, Appellant.— Judgment affirmed, with costs.   No opinion.   All concurred, except Kellogg and Sewell, JJ., dissenting.